■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES VINCENT COLLINS, JR., Appellant.— Judgment of the Supreme Court, Queens County, rendered May 30, 1972, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Munder, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.